**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

———————

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                                408.535.5364

TO COUNSEL:


DATE:    January 18, 2008


RE:    **CV 08-00341 RMW : In Re: The Billing Resource, dba Integretal, a California**
**corporation-v-In Re: The Billing Resource, dba Integretal, a California corporation**


BANKRUPTCY CASE NUMBER: **07-52890-ASW**


The motion for <u>withdrawl of the reference</u> which you recently submitted to this office has been assigned the above referenced case number.

Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.


Sincerely,

RICHARD W. WIEKING, Clerk


by: /s/ Diane Miyashiro
Case Systems Administrator