1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

   Plaintiff,

   v.

THE BILLING RESOURCE, et al.,

   Defendant.

*E-FILED - 1/22/08*

CASE NO.: C-08-00341-RMW

**ORDER OF REFERRAL**

The above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable James Ware for consideration of whether the case is related to *Federal Trade Commission v. The Billing Resource, et al. - Case No.: C-07-05758-JW.*

IT IS SO ORDERED.

DATED: January 22, 2008

_____
RONALD M. WHYTE
U. S. District Judge

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28