WILLIAM BLUMENTHAL
General Counsel

MICHAEL P. MORA
JULIE A. MACK
Federal Trade Commission
600 Pennsylvania Ave. NW, Room NJ-2122
Washington, DC  20580
Telephone:  (202) 326-3373, - 2312
Facsimile:  (202) 326-2558
Email: mmora@ftc.gov; jmack@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE, dba Integretel, a California corporation,<br><br>　　　　　　Debtor<br>———————————————————<br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL TRADE COMMISSION, et al.,<br><br>　　　　　　Defendants. | Case No. C-08-00341-JW<br><br>Bk. Case No. 07-52890<br><br>Chapter 11<br><br>Adv. No. 07-05156<br><br>**NOTICE OF FTC'S MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(d)**<br><br>**Date:  April 7, 2008<br>Time: 9:00 a.m.<br>Courtroom 8** |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 11, 2008, the Federal Trade Commission (the "FTC") (i) filed its Motion for Withdrawal of the Reference of the Amended Complaint in this Adversary

Proceeding in the United States Bankruptcy Court for the Northern District of California, and a Memorandum, Declaration, and Exhibits in support thereof, and (ii) served those pleadings and papers on all parties. The Motion was transmitted to and docketed in the United States District Court for the Northern District of California on January 17, as Case No. C-08-00341-RMW. By order dated January 31, [Doc. 4], this case was related to Case No. C-07-05758-JW and reassigned to the Honorable James Ware.

A hearing on the FTC's Motion for Withdrawal of the Reference has been scheduled for April 7, 2008, 9:00 a.m., before the Honorable James Ware, in Courtroom 8 (4th Floor) of the United States Court House, 280 S. First Street, San Jose, CA.

                                              Respectfully submitted,
                                              WILLIAM BLUMENTHAL
                                              General Counsel

Dated: January 31, 2008         /s/ Michael P. Mora

                                              MICHAEL P. MORA
                                              JULIE A. MACK
                                              Attorneys - Division of Enforcement
                                              Bureau of Consumer Protection
                                              Federal Trade Commission
                                              600 Pennsylvania Ave. NW, Room NJ-2122
                                              Washington, DC  20580
                                              Telephone:  (202) 326-3373, - 2312
                                              Facsimile:  (202) 326-2558
                                              Email: mmora@ftc.gov; jmack@ftc.gov

                                              ATTORNEYS FOR FEDERAL TRADE COMMISSION

1  WILLIAM BLUMENTHAL
   General Counsel
2
3  MICHAEL P. MORA
   JULIE A. MACK
4  Federal Trade Commission
   600 Pennsylvania Ave. NW, Room NJ-2122
5  Washington, DC 20580
6  Telephone: (202) 326-3373, - 2312
   Facsimile: (202) 326-2558
7  Email: mmora@ftc.gov; jmack@ftc.gov
8
   ATTORNEYS FOR FEDERAL
9  TRADE COMMISSION

10
                    UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
12

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE, dba Integretel, a California corporation,<br><br>            Debtor<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERAL TRADE COMMISSION, et al.,<br><br>            Defendants. | Case No. C-08-00341-JW<br><br>Bk. Case No. 07-52890<br><br>Chapter 11<br><br>Adv. No. 07-05156<br><br>**CERTIFICATE OF SERVICE**<br><br>**NOTICE OF FTC'S MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(d)**<br><br>**Date: April 7, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom 8** |

1  I hereby certify that on the 31st day of January, 2008, I served a copy of the Notice of FTC's

2  Motion for Withdrawal of the Reference by the means indicated below:

3  Through the Court's ECF System and by email:

Michael H. Ahrens, Esquire
Jeffrey K. Rehfeld , Esquire
Steven B. Sacks, Esquire
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, California  94111
COUNSEL FOR INTEGRETEL


Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California  90067-2904
COUNSEL FOR RECEIVER, DAVID R. CHASE


          /s/ Michael P. Mora
Michael P. Mora