1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  STEVEN B. SACKS, Cal. Bar No. 98875
   TIMOTHY C. PERRY, Cal. Bar No. 248543
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:    415-434-9100

6  Attorneys for The Billing Resource, dba Integretel

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                 [SAN JOSE DIVISION]

10 | In re                                  | Civ. Case No. C-08-00341-JW

11 | THE BILLING RESOURCE, dba              | Bk Case No. 07-52890
   | INTEGRETEL, a California corporation,
12 |                                        | Adv. Proc. No. 07-05156 ASW
13 |              Debtor.                    | **CERTIFICATE OF SERVICE**

14 |                                        | **for**

15 | FEDERAL TRADE COMMISSION               | **THE BILLING RESOURCE, dba**
   |                                        | **INTEGRETEL's MEMORANDUM IN**
16 |              Movant,                    | **OPPOSITION TO FTC'S MOTION FOR**
   |                                        | **WITHDRAWAL OF THE REFERENCE**
17 |      v.                                 | **UNDER 28 U.S.C. § 157(d)**

18 | THE BILLING RESOURCE, dba Integretel, a
   | California Corporation,                  | Date:      April 7, 2008
19 |                                        | Time:      9:00 a.m.
   |              Respondent.                | Place:     280 South First Street
20 |                                        |            San Jose, California,
21 |                                        | Judge:     Hon. James Ware
   |                                        | Courtroom:  8 (4th Floor)

1    I am employed in the County of San Francisco; I am over the age of eighteen years
2    and not a party to the within entitled action; my business address is Four Embarcadero
     Center, 17th Floor, San Francisco, California 94111-4109.

3    On **March 10, 2008**, I served the following document(s) described as

4    **THE BILLING RESOURCE, dba INTEGRETEL's MEMORANDUM IN**
     **OPPOSITION TO FTC'S MOTION FOR WITHDRAWAL OF THE**
5    **REFERENCE UNDER 28 U.S.C. § 157(d)**

6    on the interested party(ies) in this action by placing true copies thereof enclosed in sealed
7    envelopes and/or packages addressed as follows:

                              **See Attached Service List**
8
     ☐    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and
9         processing correspondence for mailing. Under that practice it would be deposited
          with the U.S. postal service on that same day with postage thereon fully prepaid at
10        San Francisco, California in the ordinary course of business. I am aware that on
          motion of the party served, service is presumed invalid if postal cancellation date or
11        postage meter date is more than one day after date of deposit for mailing in
          affidavit.
12
     ☒    **BY ELECTRONIC MAIL:** See attached Service List.
13
     ☐    **BY OVERNIGHT DELIVERY:** I served such envelope or package to be
14        delivered on the same day to an authorized courier or driver authorized by the
          overnight service carrier to receive documents, in an envelope or package
15        designated by the overnight service carrier.

16   ☐    **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile
          pursuant to Rule 2.306 of the California Rules of Court. The telephone number of
17        the sending facsimile machine was 415-434-3947. The name(s) and facsimile
          machine telephone number(s) of the person(s) served are set forth in the service list.
18        The sending facsimile machine (or the machine used to forward the facsimile)
          issued a transmission report confirming that the transmission was complete and
19        without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this
          declaration.
20
     ☐    **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the
21        office of the addressee(s).

22   ☒    **FEDERAL:** I declare that I am employed in the office of a member of the bar of
          this Court at whose direction the service was made. I declare under penalty of
23        perjury under the laws of the United States of America that the foregoing is true and
          correct.
24
          Executed on **March 10, 2008**, at San Francisco, California.
25

26

27                         /s/ James Livingston
                           JAMES LIVINGSTON
28

W02-WEST:FJV\400738534.1                                    CERTIFICATE OF SERVICE

# SERVICE LIST

| | |
|---|---|
| Michael P. Mora | mmora@ftc.gov |
| John Andrew Singer | jsinger@ftc.gov |
| Julie A. Mack | jmack@ftc.gov |
| John Fiero | jfiero@pszjlaw.com |
| Walter Oetzell | woetzell@dgdk.com |
| Steven Schwartz | sschwartz@dgdk.com |
| Jeffrey Schneider | jcs@tewlaw.com |
| John Wesolowski | John.Wesolowski@usdoj.gov |

W02-WEST:FJV\400738534.1                                    CERTIFICATE OF SERVICE