1  WILLIAM BLUMENTHAL
2  General Counsel

3  MICHAEL P. MORA
   Attorney - Division of Enforcement
4  Federal Trade Commission
   600 Pennsylvania Ave., NW - NJ 2122
5  Washington, DC  20580
6  Telephone:  (202) 326-3373
   Facsimile:  (202) 326-2558
7  Email: mmora@ftc.gov

8
   ATTORNEYS FOR FEDERAL
9  TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>    Debtor-Plaintiff-Appellee,<br><br>  v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>    Defendant-Appellant. | No. 5:07-cv-5758-JW<br>(Bankruptcy Appeal)<br>Date:   June 16, 2008<br>Time:  9:00 a.m.<br>Courtroom 8 |
| FEDERAL TRADE COMMISSION,<br><br>    Movant,<br><br>  v.<br><br>THE BILLING RESOURCE, dba Integretel,<br>a California corporation,<br><br>    Respondent. | No. C:08-00341-JW<br>(Bankruptcy Motion to Withdraw Reference)<br>Date:   April 21, 2008<br>Time:  9:00 a.m.<br>Courtroom 8 |

**STIPULATION CONCERNING <u>REVISED</u> BRIEFING SCHEDULE FOR APPEALS BY THE FEDERAL TRADE COMMISSION AND THE RECEIVER AND THE COMMISSION'S MOTION TO WITHDRAW REFERENCE**

Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties") hereby stipulate to the following briefing schedule for the two appeals by the Commission and the appeal by the Receiver pending before this Court in related Case Nos. 07-cv-5758-JW and 07-cv-6210-JW). The Parties further stipulate to a <u>revised</u> briefing schedule for the Commission's motion to withdraw the reference to the bankruptcy court of the Amended Complaint in the adversary proceeding styled *The Billing Resource dba Integretel v. David Chase and the Federal Trade Commission*, No. 07-AP-5156 (Bankr. N.D. Cal.), pending before this Court in related Case No. 08-cv-341-JW. The Parties previously filed a Stipulation concerning briefing schedule in Case No. 07-cv-5758-JW on February 20, 2008 [DE 70]. On March 7, 2008, the Court entered an Order and Stipulation concerning the briefing schedule, as modified by the Court, in Case No. 07-cv-5758-JW [DE 71]. The Parties hereby revise their stipulation, and incorporate the Court's prior modifications as to the scheduled hearing dates, as follows:

1. As to the appeals:

    a. The Commission's and the Receiver's opening briefs shall be filed and served electronically on or before April 7, 2008;

    b. Integretel's appellee brief Defendant-Appellant shall be filed and served electronically on or before May 8, 2008;

      c.     The Commission and the Receiver reply briefs shall be filed and served electronically on or before May 23, 2008; and

      d.     Oral argument shall take place on **June 16, 2008, at 9:00 a.m.**

2.    As to the motion for withdrawal of reference:

      a.     The Commission's opening memorandum already has been filed;

      b.     Integretel's opposition to the Commission's memorandum has already been filed;

      c.     The Receiver's joinder was filed on March 7, 2008;

      d.     Integretel's response to the Receiver's joinder shall be filed and served electronically on or before **March 17, 2008**;

      e.     The Commission's reply memorandum shall be filed and served electronically on or before **March 21, 2008**; and

      f.     Oral argument shall take place on **April 21, 2008, at 9:00 a.m.**

/
/
/
/
/
/
/
/
/
/
/
/
/

3. A proposed Order incorporating these dates is being filed along with this Stipulation.

Respectfully submitted,

/s/
MICHAEL P. MORA
Attorney - Division of Enforcement
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-3373
Facsimile: (202) 326-2558
Email: mmora@ftc.gov

/s/ [1]
STEVEN B. SACKS
Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center - 17th Floor
San Francisco, CA 94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: ssacks@sheppardmullin.com
Counsel for The Billing Resource dba Integretel

/s/
WALTER K. OETZELL
Danning, Gill, Diamond & Kolliz, LLP
2029 Century Park East - Third Floor
Los Angeles, CA 90067
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
Email: wpetzell@dgdk.com
Counsel for Receiver David Chase

---

[1] Pursuant to General Order No. 45, § X(B), John Andrew Singer hereby attests that signatories' concurrences in the filing of this document have been obtained.

WILLIAM BLUMENTHAL
General Counsel

MICHAEL P. MORA
Attorney - Division of Enforcement
Federal Trade Commission
600 Pennsylvania Ave., NW - NJ 2122
Washington, DC  20580
Telephone:  (202) 326-3373
Facsimile:   (202) 326-2558
Email: mmora@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>    Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>    Defendant-Appellant. | No. 5:07-cv-5758-JW<br>(Bankruptcy Appeal)<br>Date: June 16, 2008<br>Time: 9:00 a.m.<br>Courtroom 8 |
| FEDERAL TRADE COMMISSION,<br><br>    Movant,<br><br>v.<br><br>THE BILLING RESOURCE, dba Integretel,<br>a California corporation,<br><br>    Respondent. | No. C:08-00341-JW<br>(Bankruptcy Motion to Withdraw Reference)<br>Date: April 21, 2008<br>Time: 9:00 a.m.<br>Courtroom 8 |

**PROPOSED ORDER FOR REVISED BRIEFING SCHEDULE CONCERNING APPEALS BY THE FEDERAL TRADE COMMISSION AND THE RECEIVER AND THE COMMISSION'S MOTION TO WITHDRAW REFERENCE**

Pursuant to the Stipulation concerning revised briefing schedule among Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties"), and the Court's Order and Stipulation as Modified by the Court dated March 7, 2008 [DE 71 in Case No. 07-cv-5758-JW], it is hereby ORDERED that:

1. As to the pending appeals by the Commission and the Receiver in related Case Nos. 07-cv-5758-JW and 07-cv-6210-JW:

    a. The Commission's and the Receiver's opening briefs shall be filed and served electronically on or before April 7, 2008;

    b. Integretel's appellee brief shall be filed and served electronically on or before May 8, 2008;

    c. The Commission's and the Receiver's reply briefs shall be filed and served electronically on or before May 23, 2008; and

    d. Oral argument shall take place on **June 16, 2008, at 9:00 a.m.**

2. As to the Commission's motion for withdrawal of reference in related Case No. 08-cv-341-JW:

    a. The Commission's opening memorandum already has been filed;

    b. Integretel's opposition to the Commission's memorandum has already been filed;

    c. The Receiver's joinder was filed on March 7, 2008;

        d.      Integretel's response to the Receiver's joinder shall be filed and served electronically on or before **March 17, 2008**;

        e.      The Commission's reply memorandum shall be filed and served electronically on or before **March 21, 2008**; and

        f.      Oral argument shall take place on **April 21, 2008, at 9:00 a.m.**

Dated: _____

                                                JAMES WARE
                                                United States District Judge

| | |
|---|---|
| 1 | WILLIAM BLUMENTHAL |
| 2 | General Counsel |
| 3 | MICHAEL P. MORA |
| 4 | Attorney - Division of Enforcement<br>Federal Trade Commission |
| 5 | 600 Pennsylvania Ave., NW - NJ 2122<br>Washington, DC  20580 |
| 6 | Telephone:  (202) 326-3373 |
| 7 | Facsimile:   (202) 326-2558<br>Email: mmora@ftc.gov |
| 8 | |
| 9 | ATTORNEYS FOR FEDERAL<br>TRADE COMMISSION |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, | ) ) ) | No. 5:07-cv-5758-JW |
| Debtor-Plaintiff-Appellee, | ) ) | (Bankruptcy Appeal)<br>Date:   June 16, 2008 |
| v. | ) ) | Time:  9:00 a.m.<br>Courtroom 8 |
| FEDERAL TRADE COMMISSION et al., | ) ) | |
| Defendant-Appellant. | ) ) | |
| FEDERAL TRADE COMMISSION, | ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) | No. C:08-00341-JW<br>(Bankruptcy Motion to Withdraw |
| THE BILLING RESOURCE, dba Integretel,<br>a California corporation, | ) ) ) | Reference)<br>Date:   April 21, 2008<br>Time:  9:00 a.m. |
| Respondent. | ) ) | Courtroom 8 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March 2008, I served a copy of the Stipulation for Revised Briefing Schedules Concerning Appeals by the Federal Trade Commission and the Receiver and the Commission's Motion to Withdraw Reference, and a Proposed Order, by the means indicated below:

Through the Court's ECF System and by email:

    Michael H. Ahrens, Esquire
    Jeffrey K. Rehfeld , Esquire
    Steven B. Sacks, Esquire
    Sheppard, Mullin, Richter and Hampton
    4 Embarcadero Center, 17th Floor
    San Francisco, California  94111
    COUNSEL FOR INTEGRETEL

    Howard Kollitz, Esquire
    Walter K. Oetzell, Esquire
    Steven J. Schwartz, Esquire
    Danning, Gill, Diamond & Kollitz, LLP
    2029 Century Park East, Third Floor
    Los Angeles, California  90067-2904
    COUNSEL FOR RECEIVER

    John D. Fiero, Esquire
    Pachulski, Stang, Ziehl, Young and Jones
    150 California St. 15th Fl.
    San Francisco, California  94111-4500
    COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

    Kathryn S. Diemer, Esq.
    Diemer, Whitman and Cardosi
    75 E. Santa Clara Street
    San Jose, CA 95113
    COUNSEL FOR POL, INC.

| | |
|---|---|
| 1 | Via Federal Express: |
| 2 | |
| 3 | Sara L. Kisler, Acting U.S. Trustee for Region 17<br>Office of the U.S. Trustee<br>U.S. Federal Bldg.<br>280 South 1st Street, #268<br>San Jose, California  95113-3004<br>UNITED STATES TRUSTEE |

                                            /S/
                                    _____
                                      Michael P. Mora