1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  STEVEN B. SACKS, Cal. Bar No. 98875
   TIMOTHY C. PERRY, Cal. Bar No. 248543
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:    415-434-9100

6  Attorneys for The Billing Resource, dba
   Integretel

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

[SAN JOSE DIVISION]

| | |
|---|---|
| In re<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>Debtor. | Civ. Case No. C-08-00341-JW<br><br>Bk Case No. 07-52890<br><br>Adv. Proc. No. 07-05156 ASW<br><br>**CERTIFICATE OF SERVICE**<br><br>for<br><br>**THE BILLING RESOURCE, dba INTEGRETEL's MEMORANDUM IN OPPOSITION TO JOINDER OF FEDERAL RECEIVER IN MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(d)**<br><br>Date:       April 7, 2008<br>Time:      9:00 a.m.<br>Place:     280 South First Street<br>               San Jose, California,<br>Judge:    Hon. James Ware<br>               Courtroom:  8 (4th Floor) |
| FEDERAL TRADE COMMISSION<br><br>Movant,<br><br>v.<br><br>THE BILLING RESOURCE, dba Integretel, a California Corporation,<br><br>Respondent. | |

1  I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **March 17, 2008**, I served the following document(s) described as

**THE BILLING RESOURCE, dba INTEGRETEL's MEMORANDUM IN OPPOSITION TO JOINDER OF FEDERAL RECEIVER IN MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(d)**

on the interested party(ies) in this action by distributing true electronic copies thereof addressed as follows:

**See Attached Service List**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL:** See attached Service List.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 17, 2008**, at San Francisco, California.

/s/ Kathryn Barbour
KATHRYN BARBOUR

**SERVICE LIST**

| | |
|---|---|
| Michael P. Mora | mmora@ftc.gov |
| John Andrew Singer | jsinger@ftc.gov |
| Julie A. Mack | jmack@ftc.gov |
| John Fiero | jfiero@pszjlaw.com |
| Walter Oetzell | woetzell@dgdk.com |
| Steven Schwartz | sschwartz@dgdk.com |
| Jeffrey Schneider | jcs@tewlaw.com |
| John Wesolowski | John.Wesolowski@usdoj.gov |