WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>Defendant-Appellant. | Nos.  5:07-CIV-5758-JW,<br>       5:07-CIV-6210-JW,<br>        08-CIV-341-JW, and<br>        08-CIV-1637-JF<br><br>Date:  June 16, 2008<br>Time:  9:00 a.m.<br>Place: 280 S. First Street<br>           San Jose, CA<br>Judge: Hon. James Ware<br>Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**JOINT ADMINISTRATIVE MOTION AND STIPULATION TO CONSOLIDATE AS RELATED APPEAL OF BANKRUPTCY COURT'S MARCH 18, 2008, ORDER EXTENDING PRELIMINARY INJUNCTION ENJOINING PROSECUTION OF LAW ENFORCEMENT ACTION AGAINST DEBTOR WITH THE OTHER APPEALS FROM BANKRUPTCY COURT PENDING BEFORE THIS COURT**

1  Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David R. Chase P.A , and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "parties") hereby stipulate and move pursuant to N.D. Cal. Civil L.R. 3-12 that the Court consolidate as a related case the Commission's appeal of the bankruptcy court's March 18, 2008, order extending the bankruptcy court's November 7, 2007, preliminary injunction enjoining the Commission from prosecuting a civil law enforcement action (the "Enforcement Action") brought by the Commission against Integretel pending in the United States District Court for the Southern District of Florida with three other appeals pending before Judge Ware of this Court at No. 5:07-CIV-5758-JW as described below. In support of this stipulation and motion, the parties state the following:

    1.    On September 16, 2007, Integretel filed a voluntary petition under Chapter 11 of Bankruptcy Code, *In re The Billing Resource d/b/a Integretel*, No. 07-52890 (Bankr. N.D. Cal.). On September 19, 2007, Integretel commenced the adversary proceeding that led to this appeal, *The Billing Resource dba Integretel v. David R. Chase P.A. and the Federal Trade Commission*, No. 07-AP-5156 (Bankr. N.D. Cal.) (the "Adversary Proceeding"). In the Adversary Proceeding, Integretel sought, pursuant to 28 U.S.C. § 105(a), a preliminary injunction enjoining the Commission from prosecuting the Enforcement Action against Integretel and from pursuing a contempt proceeding against Integretel that is ancillary to the Enforcement Action (the "Contempt Proceeding"). The Adversary Proceeding also sought to enjoin David R. Chase P.A. (the "Receiver"), in his capacity as a Receiver appointed by the Florida District Court in the Enforcement Action, from pursuing the Contempt Proceeding.

    2.    On November 7, 2007, the bankruptcy court issued a written preliminary injunction enjoining the Commission from prosecuting the Enforcement Action through March 14, 2008 (the "November 7 preliminary injunction"). The Commission appealed this injunction and this appeal was

docketed with this Court at No. 5:07-CIV-5758-JW. The Receiver did not appeal the November 7 preliminary injunction.

3. On November 28, 2007, the bankruptcy court issued a preliminary injunction enjoining the Commission and the Receiver from pursuing the Contempt Proceeding following a hearing on November 27, 2007 (the "November 28 preliminary injunction"), which was amended by an order entered on November 30, 2007. The Commission's appeal of this order also is docketed with this Court at No. 5:07-CIV-5758-JW.

4. The Receiver's appeal of the November 27 preliminary injunction is docketed at 5:07-6210-JW. This appeal has been consolidated before Judge Ware with the Commission's two appeals at No. 5:07-CIV-5758-JW.

5. Also pending before this Court is a motion by the Commission (and joined by the Receiver), pursuant to 28 U.S.C. § 157, seeking to partially withdraw the reference of the Adversary Proceeding to the bankruptcy court. This motion is docketed at No. 08-CIV-341-JW.

6. On March 18, 2008, the bankruptcy court issued an order extending the November 7 preliminary injunction through June 12, 2008 ("March 18 extension order"). The Commission's appeal of this extension order was docketed with this Court at No. 08-CIV-1637-JW.

7. The March 18 extension order is related to the appeals already pending before Judge Ware of this Court at No. 5:07-CIV-5758-JW since the extension order extends the injunctive relief originally issued by the bankruptcy court in the November 7 preliminary injunction already on appeal. As a related matter, the appeal of the extension order should be consolidated for all purposes with the appeals pending before Judge Ware of this Court at No. 5:07-CIV-5758-JW.

8. Upon consolidation of the appeal of the March 18 extension order docketed with this Court at No. 08-CIV-1637-JW with the appeals pending at No. 5:07-CIV-5758-JW or consolidated therewith, the parties stipulate that all of these appeals (including the appeal of the March 18 extension

1 | order) be briefed pursuant to the scheduling order entered by Judge Ware at Dkt Item 75 in No. 5:07-
2 | CIV-5758-JW.

Respectfully submitted,

_____/s/_____
JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

_____/s/_____ [1]
WALTER K. OETZELL
Danning, Gill, Diamond & Kolliz, LLP
2029 Century Park East - Third Floor
Los Angeles, CA 90067
Telephone:    (310) 277-0077
Facsimile:     (310) 277-5735
Email: woetzell@dgdk.com
Counsel for Receiver David R. Chase P.A.

_____/s/_____
STEVEN B. SACKS
Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center - 17th Floor
San Francisco, CA 94111-4106
Telephone: (415) 434-9100
Facsimile:   (415) 434-3947
Email: ssacks@sheppardmullin.com
Counsel for The Billing Resource dba Integretel

---

[1] Pursuant to General Order No. 45, § X(B), John Andrew Singer hereby attests that signatories's concurrence in the filing of this document has been obtained.

4

WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>　　　　Debtor-Plaintiff-Appellee,<br><br>　　v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>　　　　Defendant-Appellant. | Nos.  5:07-CIV-5758-JW,<br>　　　　5:07-CIV-6210-JW,<br>　　　　08-CIV-341-JW, and<br>　　　　08-CIV-1637-JF<br><br>Date:  June 16, 2008<br>Time:  9:00 a.m.<br>Place:  280 S. First Street<br>　　　　San Jose, CA<br>Judge:  Hon. James Ware<br>Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**(PROPOSED) ORDER GRANTING
JOINT ADMINISTRATIVE MOTION BY DEFENDANTS-APPELLEES FEDERAL TRADE
COMMISSION AND DAVID R. CHASE, P.A. TO CONSOLIDATE AS RELATED
APPEAL OF BANKRUPTCY COURT'S MARCH 18, 2008, ORDER EXTENDING
PRELIMINARY INJUNCTION ENJOINING PROSECUTION OF LAW ENFORCEMENT
ACTION AGAINST DEBTOR WITH THE OTHER APPEALS FROM
BANKRUPTCY COURT PENDING BEFORE THIS COURT**

1  The Joint Administrative Motion and Stipulation for Consolidation of Appeals filed by
2  defendant-appellant the Federal Trade Commission, defendant-appellant David R. Chase P.A., and
3  debtor-plaintiff-appellee The Billing Resource dba Integretel is hereby GRANTED.  Finding that the
4  
5  appeal of the Commission of a bankruptcy court order entered on March 18, 2008, and docketed in this
6  Court at No. 08-CIV-1637-JF, is related to prior appeals from the bankruptcy court pending before this
7  Court at No. 5:07-CIV-5758-JW, the Commission's appeal of the March 18, 2008, bankruptcy court
8  order is hereby ORDERED that it be consolidated with these prior appeals.  It is further ORDERED
9  
10  that the appeal of the March 18, 2008, bankruptcy court order shall be briefed along with these prior
11  appeals pursuant to the schedule set out in Dkt Item No. 75 in No. 5:07-CIV-5758-JW.
12      So ORDERED on March ___, 2008.

_____
United States District Judge

1  WILLIAM BLUMENTHAL
   General Counsel
2

3  JOHN F. DALY
   Deputy General Counsel - Litigation
4

5  JOHN ANDREW SINGER
   Attorney - Office of the General Counsel
6  Federal Trade Commission
   600 Pennsylvania Ave., NW
7  Washington, DC  20580
   Telephone:  (202) 326-3234
8  Facsimile:  (202) 326-2447
9  Email: jsinger@ftc.gov

10 ATTORNEYS FOR FEDERAL
   TRADE COMMISSION
11

12                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                              SAN JOSE DIVISION

14 _____
                                          )   Nos.  5:07-CIV-5758-JW,
15 THE BILLING RESOURCE d/b/a INTEGRETEL,  )         5:07-CIV-6210-JW,
                                          )           08-CIV-341-JW, and
16                                         )           08-CIV-1637-JF__
              Debtor-Plaintiff-Appellee,  )
17                                         )
        v.                                )   Date:  June 16, 2008
18                                         )   Time:  9:00 a.m.
   FEDERAL TRADE COMMISSION et al.,        )   Place: 280 S. First Street
19                                         )           San Jose, CA
              Defendant-Appellant.         )   Judge: Hon. James Ware
20                                         )   Courtroom: 8 - 4th Floor
21 _____)

22        On Appeal from the United States Bankruptcy Court for the Northern District
          of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)
23

24                              **CERTIFICATE OF SERVICE**

25

26

27

28

1
2
3
4   I hereby certify that on the 27th day of March, 2008, I served a copy of the Joint Administrative
5
   Motion and Stipulation to Consolidate as Related Appeal of Bankruptcy Court's March 18, 2008,
6
7  Order Extending Preliminary Injunction Enjoining Prosecution of Law Enforcement Action Against
8  Debtor with the Other Appeals from Bankruptcy Court Pending Before this Court concerning these
9  appeals and the related Proposed Order by the means indicated below:
10
       Through the Court's ECF System (Nos. 5:07-CIV-5758-JW, 5:07-CIV-6210-JW, and 08-CIV-
11
   341-JW) and by email (all four matters):
12
13
           Michael H. Ahrens, Esquire
14         Jeffrey K. Rehfeld , Esquire
           Steven B. Sacks, Esquire
15         Sheppard, Mullin, Richter and Hampton
           4 Embarcadero Center, 17th Floor
16         San Francisco, California  94111
17         COUNSEL FOR INTEGRETEL
18
           Howard Kollitz, Esquire
19         Walter K. Oetzell, Esquire
           Steven J. Schwartz, Esquire
20         Danning, Gill, Diamond & Kollitz, LLP
           2029 Century Park East, Third Floor
21         Los Angeles, California  90067-2904
22         COUNSEL FOR RECEIVER
23         John D. Fiero, Esquire
           Pachulski, Stang, Ziehl, Young and Jones
24         150 California St. 15th Fl.
25         San Francisco, California  94111-4500
           COUNSEL FOR UNSECURED CREDITORS' COMMITTEE
26
27
28

1  Kathryn S. Diemer, Esq.
   Diemer, Whitman and Cardosi
2  75 E. Santa Clara Street
3  San Jose, CA 95113
   COUNSEL FOR POL, INC.
4
5  Via Federal Express:

6  Sara L. Kisler, Acting U.S. Trustee for Region 17
   Office of the U.S. Trustee
7  U.S. Federal Bldg.
8  280 South 1st Street, #268
   San Jose, California  95113-3004
9  UNITED STATES TRUSTEE

                                    /S/
                                    John Andrew Singer