1  WILLIAM BLUMENTHAL
2  General Counsel

3  MICHAEL P. MORA
   Attorney - Division of Enforcement
4  Federal Trade Commission
   600 Pennsylvania Ave., NW - NJ 2122
5  Washington, DC  20580
6  Telephone:  (202) 326-3373
   Facsimile:   (202) 326-2558
7  Email: mmora@ftc.gov

8
   ATTORNEYS FOR FEDERAL
9  TRADE COMMISSION

10              IN THE UNITED STATES DISTRICT COURT
11             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
12

13  _____
                                                    )
14  FEDERAL TRADE COMMISSION,                       )
                                                    )
15                         Movant,                  )
                                                    )
16                                                  )
            v.                                      )   No. C:08-00341-JW
17                                                  )   (Bankruptcy Motion to Withdraw
    THE BILLING RESOURCE, dba Integretel,           )   Reference)
18  a California corporation,                       )   Date:   April 21, 2008
                                                    )   Time:   9:00 a.m.
19                         Respondent.              )   Courtroom 8
20  _____)

21      **STIPULATION CONCERNING CONTINUANCE OF APRIL 28, 2008 HEARING DATE
22             REGARDING FTC'S MOTION TO WITHDRAW REFERENCE**

23       The Federal Trade Commission ("FTC" or "Commission"), David Chase, the Receiver

24  appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide*

25  *Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and The Billing

26
    Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties") hereby stipulate
27
28  to continue the hearing date regarding the FTC's Motion for Withdrawal of Reference, currently set for

                                                    1

April 28, 2008.  The reason for the continuance is that pursuant to the request of the Receiver and Integretel, a settlement conference regarding the matter underlying the FTC's Motion has been scheduled for May 12, 2008, before the Honorable Randall J. Newsome, Chief Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of California.  The Parties request that the hearing be reset to **June 16, 2008,** which is the hearing date set in the related Bankruptcy Appeal matter (No. 5:07-cv-5758-JW) before the Court.  A proposed Order is being filed along with this Stipulation.

                              Respectfully submitted,

                              /s/
MICHAEL P. MORA
Attorney - Division of Enforcement
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone:  (202) 326-3373
Facsimile:   (202) 326-2558
Email: mmora@ftc.gov

                              /s/ [1]
STEVEN B. SACKS
Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center - 17th Floor
San Francisco, CA 94111-4106
Telephone:  (415) 434-9100
Facsimile:   (415) 434-3947
Email: ssacks@sheppardmullin.com
Counsel for The Billing Resource dba Integretel

---

[1] Pursuant to General Order No. 45, § X(B), Michael P. Mora hereby attests that signatories' concurrences in the filing of this document have been obtained.

|         /s/         |
|---|

WALTER K. OETZELL
Danning, Gill, Diamond & Kolliz, LLP
2029 Century Park East - Third Floor
Los Angeles, CA 90067
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
Email: wpetzell@dgdk.com
Counsel for Receiver David Chase

1  WILLIAM BLUMENTHAL
2  General Counsel

3  MICHAEL P. MORA
   Attorney - Division of Enforcement
4  Federal Trade Commission
   600 Pennsylvania Ave., NW - NJ 2122
5  Washington, DC  20580
6  Telephone:  (202) 326-3373
   Facsimile:   (202) 326-2558
7  Email: mmora@ftc.gov
8
   ATTORNEYS FOR FEDERAL
9  TRADE COMMISSION

10              IN THE UNITED STATES DISTRICT COURT
11             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
12

13  ─────────────────────────────────────────────
                                                )
14  FEDERAL TRADE COMMISSION,                   )
                                                )
15                    Movant,                   )
                                                )
16                                              )
           v.                                   )   No. C:08-00341-JW
17                                              )   (Bankruptcy Motion to Withdraw
    THE BILLING RESOURCE, dba Integretel,       )   Reference)
18  a California corporation,                   )   Date:   April 21, 2008
                                                )   Time:   9:00 a.m.
19                    Respondent.               )   Courtroom 8
20  ─────────────────────────────────────────────)

21
22            **PROPOSED ORDER CONTINUING HEARING DATE ON**
              **THE COMMISSION'S MOTION TO WITHDRAW REFERENCE**
23

24       Pursuant to the Stipulation concerning continuance of hearing date among the Federal Trade

25  Commission, David Chase, the Receiver appointed by the United States District Court for the Southern

26  District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D.

27  Fla.), and The Billing Resource dba Integretel ("Integretel"), it is hereby ORDERED that the hearing as
28

1  to the Commission's Motion for Withdrawal of Reference shall be adjourned from April 28, 2008 to
2  **June 16, 2008, at 9:00 a.m.**
3
4
5  Dated: _____          _____
                                          JAMES WARE
6                                         United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1