| | |
|---|---|
| 1 | WILLIAM BLUMENTHAL |
| 2 | General Counsel |
| 3 | MICHAEL P. MORA |
| 4 | Federal Trade Commission |
|   | 600 Pennsylvania Ave. NW, Room NJ-2122 |
| 5 | Washington, DC  20580 |
|   | Telephone:  (202) 326-3373 |
| 6 | Facsimile:   (202) 326-2558 |
|   | Email: mmora@ftc.gov |
| 7 | |
| 8 | ATTORNEYS FOR FEDERAL |
|   | TRADE COMMISSION |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

_____
                                           )
FEDERAL TRADE COMMISSION,  )
                                           )
                    Movant,             )
                                           )
          v.                                )   No. C:08-00341-JW
                                           )   (Bankruptcy Motion to Withdraw
THE BILLING RESOURCE, dba Integretel, )   Reference)
a California corporation,                )   Date:   April 21, 2008
                                           )   Time:   9:00 a.m.
                    Respondent.      )   Courtroom 8
_____)

   I hereby certify that on April 16, 2008, I served a copy of the Stipulation Concerning

Continuance of April 28, 2008 Hearing Date Regarding FTC's Motion for Withdrawal of Reference,

and Proposed Order, by the means indicated below:

   Through the Court's ECF System and by email:

      Michael H. Ahrens, Esquire
      Jeffrey K. Rehfeld , Esquire
      Steven B. Sacks, Esquire
      Sheppard, Mullin, Richter and Hampton

4 Embarcadero Center, 17th Floor
San Francisco, California  94111
COUNSEL FOR INTEGRETEL

Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California  90067-2904
COUNSEL FOR RECEIVER, DAVID R. CHASE

   /s/ Michael P. Mora
Michael P. Mora